UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TODD LEROY FUHRMAN,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,[1]

    Defendant.

CIVIL ACTION NO. 3:18-CV-1361

(JUDGE MARIANI)
(Magistrate Judge Cohn)

## ORDER

AND NOW, THIS 6th DAY OF JANUARY 2020, upon review of Magistrate Judge Cohn's Report and Recommendation ("R&R") (Doc. 19) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 19) is **ADOPTED** for the reasons set forth therein;

2. The Commissioner of Social Security's decision is **VACATED**;

3. The case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g);

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Andrew Saul, the current Commissioner of Social Security, replaces former Commissioner Nancy A. Berryhill as the Defendant to this action.